IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| TIMOTHY S. HARDGRAVE | ) | CASE NO. 4-06-01333-JMM |
| CARMEN C. HARDGRAVE | ) | |
| | ) | **APPLICATION FOR PAYMENT OF** |
| Debtor(s). | ) | **UNCLAIMED FUNDS TO THE U.S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend check(s) have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 5 | ARIZONA COMFORT SYSTEMS<br>131 SCHRADER ROAD<br>Sierra Vista AZ 85635 | $8,268.50 | $18.28 |
| 10 | SOUTH VISTA PAINT SUPPLY LLC<br>43415 HWY 92 UNIT A<br>SIERRA VISTA AZ 85650 | $4,254.21 | $9.41 |
| 13 | PETERS, EUGENE (HB)<br>2665 STARFALL CT.<br>Sierra Vista AZ 85650 | $8,056.00 | $17.81 |

      6/7/10                                       /s/ SJK
        Date                                        Stanley J. Kartchner, Trustee